UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DENNIS L. D'AGUINO, BARRY S. DUBROW, AND DONALD F. HESS, and on behalf of all others similar situated,

        Plaintiffs,

-against-

GARDA CL ATLANTIC, INC.,

        Defendants.

Civ. Action No. 16-cv-00641 (JMA) (AKT)

STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties in the above-captioned action, as follows:

1. Without waiver of any of its defenses or rights in the above captioned matter, Defendant GARDA CL ATLANTIC, INC. ("Defendant") accepts service of the Summons & Complaint in the above action on March 17, 2016.

2. The time for Defendant to answer, move against or otherwise respond to the Complaint filed in this action shall be extended to, and include, April 29, 2016.

Date: March 17, 2016
      Melville, New York

_____
Steven J. Moser
STEVEN J. MOSER, P.C.
(smoser@moseremploymentlaw.com)
Three School Street, Suite 207B
Glen Cove, New York 11542
(516) 671-1150

Attorney for Plaintiffs
   *Dennis L. D'aguino, Barry S. Dubrow, and Donald F. Hess*

_____
Lisa M. Griffith (lgriffith@littler.com)
Justin R. Marino (jmarino@littler.com)
LITTLER MENDELSON, P.C.
290 Broadhollow Road, Suite 305
Melville, New York 11747
(631) 247-4700

Attorneys for Defendant
   *GARDA CL ATLANTIC, INC.*

**SO ORDERED**
/s/ A. Kathleen Tomlinson
_____
A. Kathleen Tomlinson
United States Magistrate Judge
Date: March 21, 2016
Central Islip, N.Y.