# CIVIL CAUSE FOR INITIAL CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 5/11/2016          TIME: 1:30 PM          TIME IN COURT: 15 min

CASE: **CV 16-641 (JMA)(AKT)** D'Aguino et al v. Garda CI Atlantic, Inc.

APPEARANCES:    For Plaintiff:  Steven Moser

                           For Defendant:  Lisa Griffith

FTR: 1:45-2:00

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
  Moving papers served by:
  Response:
  Reply:
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled on
- ☒ Next status/pre-motion conference scheduled on 6/29/2016 at 11:00 AM.
- ☐ Other: