# CIVIL CAUSE FOR STATUS CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE:  6/29/2016          TIME: 11:00 AM          TIME IN COURT:  5 min.

CASE:  **CV 16-641 (JMA)(AKT)**   D'Aguino et al v. Garda Cl Atlantic, Inc.

APPEARANCES:       For Plaintiff:  Steven Moser

For Defendant:  Lisa Griffith, Justin Marino

**FILED**
**CLERK**

6/29/2016 11:37 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

FTR: 11:18-11:21

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled on
- ☐ Next conference scheduled on
- ☒ Other:  Pre-motion letter to be submitted by defense on 10/5/2016.  Plaintiff's response due 10/12/2016.