UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS L. D'AGUINO, BARRY S. DUBROW, and DONALD F. HESS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>GARDA CL ATLANTIC, INC.<br><br>Defendant. | Civil Action No. 16-cv-00641 (JMA)(AKT)<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the parties that the Defendant's time to submit its pre-motion letter with regard to its intention to file a dispositive motion shall be extended to and including January 27, 2017 and Plaintiff's time to submit their opposition to the pre-motion letter shall extended to and including February 27, 2017.

Dated: December 9, 2016

STEVEN J. MOSER, P.C.

By: _____
Steven J. Moser
3 School Street, Suite 207 (B)
Glen Cove, New York 11542
516.671.1150 (office)
smoser@moseremploymentlaw.com

*Attorneys for Plaintiffs*

LITTLER MENDELSON, P.C.

By: _____
Lisa M. Griffith, Esq.
Justin R. Marino, Esq.
290 Broadhollow Road, Suite 305
Melville, NY 11747
631.247.4700 (office)
lgriffith@littler.com
jmarino@littler.com

*Attorneys for Defendant*

**SO ORDERED:**

_____