

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

Daniel Gomez-Sanchez
631.247.4713 direct
631.247.4700 main
dsgomez@littler.com

November 14, 2017

**VIA ECF**
Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   *Dennis L. D'Aguino, et al., v. Garda CL Atlantic, Inc*.
       Docket No. 16-cv-00641 (JMA)(AKT)

       *Jimmy L. Adkins, et al., v. Garda CL Atlantic, Inc*.
       Docket No. 17-cv-2532 (JMA)(AKT)

Dear Judge Azrack:

This firm represents Defendant Garda CL Atlantic, Inc. ("Defendant") in the above-referenced consolidated actions.  We write to oppose the D'Aguino plaintiffs' motion for leave to oppose Defendant's motion to dismiss the complaint in the Adkins matter.  See ECF Docket No. 41.

First, Mr. Moser represents the D'Aguino plaintiffs, and does not represent the plaintiffs in the Adkins matter.  Therefore, the D'Aguino plaintiffs have no standing to oppose Defendant's motion to dismiss the complaint in the Adkins matter.

Second, the D'Aguino plaintiffs' motion is unnecessary.  The D'Aguino plaintiffs are concerned that if they do not oppose Defendant's motion to dismiss the Adkins plaintiffs' New York Labor Law Section 191 claims that any decision will be binding on the D'Aguino plaintiffs, whom Mr. Moser represents.  This is, we believe, inaccurate.  The Adkins plaintiffs failed to oppose Defendant's motion to dismiss their New York Labor Section 191 claim.  Therefore, solely the Adkins plaintiffs' Section 191 claims are abandoned.  See Gorfinkel v. Vayntrub, No. 13 CV 3093, 2014 U.S. Dist. LEXIS 116313, *13 (E.D.N.Y. Aug. 20, 2014) ("Plaintiff has waived any opposition with respect to this argument by failing to oppose the present motion on that basis" and the claim is abandoned).

Accordingly, Defendant respectfully requests that the Court deny the D'Aguino plaintiffs' motion to oppose Defendant's motion to dismiss the complaint in the Adkins matter.

Honorable Joan M. Azrack
November 14, 2017
Page 2


Thank you for the Court's consideration of this request.

Respectfully submitted,

LITTLER MENDELSON, P.C.


/s/ *Daniel Gomez-Sanchez*

Lisa M. Griffith
Daniel Gomez-Sanchez

CC:     All Counsel of Record (*via ECF*)


Firmwide:151254825.1 067762.1380