

Littler Mendelson, P.C.
290 Broadhollow Road
Suite 305
Melville, NY 11747

Lisa M. Griffith
631.247.4709 direct
631.247.4700 main
lgriffith@littler.com

October 30, 2019

**VIA ECF**
Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Dennis L. D'Aguino, et al., v. Garda CL Atlantic, Inc*.
Docket No. 16-cv-00641 (JMA)(AKT)

*Jimmy L. Adkins, et al., v. Garda CL Atlantic, Inc*.
Docket No. 17-cv-2532 (JMA)(AKT)

Dear Judge Azrack:

This firm represents Defendant Garda CL Atlantic, Inc. ("Defendant") in the above-referenced consolidated actions. We write to advise Your Honor that the Parties have reached agreements to resolve each of these cases. The Parties are in the process of drafting the settlement documents. A motion for approval of the FLSA settlement agreement will be filed in the *D'Aguino* case and a Stipulation of Dismissal with prejudice will be filed in the *Adkins* case.

Thank you for the Court's consideration of this status update.

Respectfully submitted,

LITTLER MENDELSON, P.C.

/s/ *Lisa M. Griffith*

Lisa M. Griffith

CC: All Counsel of Record (*via ECF*)

littler.com