UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS L. D'AGUINO, BARRY S. DUBROW, and DONALD F. HESS, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>-against-<br><br>GARDA CL ATLANTIC, INC.,<br><br>      Defendant. | Docket No.: 16 Civ. 00641 (JMA)(AKT)<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>FILED<br>CLERK<br>1/22/2020 2:59 pm<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>LONG ISLAND OFFICE |

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, and ordered by the Court, that:

  (a) the parties' settlement, including but not limited to the settlement of claims under the Fair Labor Standards Act, and the New York Labor Law is fair and reasonable; and

  (b) the above-captioned action and all causes of action that were or could have been asserted therein, including any and all claims under the Fair Labor Standards Act, are dismissed *with prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party.

Dated: December 16, 2019

**MOSER LAW FIRM, P.C.**

/s/_____
By: Steven J. Moser

3 School Street, Suite 207B
Glen Cove, New York 11542
(516) 671-1150 x 9

*Attorneys for Plaintiffs*

Dated: December 16, 219

**LITTLER MENDELSON, P.C.**

/s/_____
By: Lisa M. Griffith

290 Broadhollow Road, Suite 305
Melville, New York 11747
(631) 247-4700

*Attorneys for Defendant*

SO ORDERED:

  Dated: 1/22/2020
     Central Islip, New York

                /s/ (JMA)_____
                Hon. Joan M. Azrack