UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres,<br><br>Plaintiffs,<br><br>-against-<br><br>Garda CL Atlantic, Inc.<br><br>Defendant. | Case No. 16-cv-00641<br>(17-cv-2532)<br>(JMA)(AKT) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Kerem Bay, Lana Bongiovi, Angelo Caropola, Alexander Cioffi, Patrick Crain, David L. Cronk, Dennis J. Delucie, Charles J. Engel, Benny Failla, Mathew Farrell, Robert Giani, John Lackenbauer, William Maher, Michael G. McDowell, Gary E. Sobek, Damian Sobers, John Rossi and Cynthia Torres hereby respectfully appeal to the United States Court of Appeals for the Second Circuit from the Memorandum and Order entered on August 16, 2018 under Docket No. 50.

Dated: Huntington, New York
March 11, 2020

Moser Law Firm PC

_____
By: Steven John Moser
3 School Street
Suite 207B
Glen Cove, NY 11542
516-671-1150
smoser@moseremploymentlaw.com
*Co-Counsel for Plaintiffs*

        Ann Ball
Law Office of Ann Ball
357 Veterans Memorial Highway
Commack, NY 11725
631-864-8700
ann.ball@mac.com
*Attorney for Plaintiffs*

TO: Lisa Marie Griffith
Littler Mendelson P.C.
532 Broadhollow Road
Suite 142
Melville, NY 11747
631-293-4525
lgriffith@littler.com
*Attorneys for Defendant*