# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 3/31/2020            TIME: 12:30 PM            TIME IN COURT:  15 min.

CASE:   **D'Aguino et al v. Garda Cl Atlantic, Inc.**
          **2:16-cv-00641-JMA-AKT**

          **Adkins et al v. Garda CI Atlantic, Inc.**
          **1:17-cv-2532-JMA-AKT**

**FILED**
**CLERK**
3/31/2020 2:00 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

APPEARANCES:    For Plaintiff: Steven Moser, Ann Ball

                For Defendant: Lisa Griffith, Daniel Gomez-Sanchez

FTR:

☒   Case called.
☒   Counsel present for all sides.
☐   Briefing schedule set:
        Moving papers served by:
        Response:
        Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
☐   Case to be referred to the Magistrate Judge for
☐   Jury selection and trial scheduled for
☐   A further telephone status conference is scheduled for   . Counsel for the plaintiff shall initiate the call and contact Chambers at 631-712-5600 when all parties are on the line.
☐   Other: