UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres,<br><br>Plaintiffs,<br><br>-against-<br><br>Garda CL Atlantic, Inc.<br><br>Defendant. | Case No. 16-CV-00641 (JMA)(AKT) |

## CONSENT TO SUBSTITUTION OF COUNSEL

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm, PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced matter.

Dated: April 29, 2020

_____
Clement Campbell