

Steven J. Moser, Esq.
Phone 631-671-1150
Cell 516-671-2776
smoser@moseremploymentlaw.com

June 5, 2020

**VIA ECF**

Hon.. Joan M. Azrack, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

RE:   *Adkins v. Garda CL Atlantic, Inc.,* 16-cv-00641

Dear Judge Azrack:

     The parties have conferred regarding a briefing schedule for the anticipated motions to vacate and remand.  However, the parties are discussing limited pre-motion discovery.  Therefore, we respectfully request until June 8, 2020 to submit a proposed briefing schedule and pre-motion discovery scheduling order.

                             Respectfully submitted,

                             */s/*

                             Steven J. Moser