UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres, <br><br> Plaintiffs, <br><br> -against- <br><br> Garda CL Atlantic, Inc. <br><br> Defendant. | Case No. 16-CV-00641 (JMA)(AKT) <br><br> **STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, that the Moser Law Firm, P.C.("Steven J. Moser") is hereby substituted in place of the Law Office of Ann Ball, P.C. ("Ann Ball"), as counsel of record for the Plaintiff Clement Campbell. A consent to substitution form executed by Clement Campbell is annexed hereto.

Dated: June 2, 2020

| | |
|---|---|
| MOSER LAW FIRM, P.C. <br><br> By: _/s/_ <br> Steven J. Moser <br> 5 E. Main St. <br> Huntington, NY 11743 <br> (516) 671-1150 <br> steven.moser@moserlawfirm.com <br><br> *Attorneys for Plaintiffs Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, William J. Maher, Michael G. McDowell, John Rossi, Gary E. Sobek, Damian Sobers, and Cynthia Torres* | LAW OFFICES OF ANN BALL, P.C. <br><br> By: _s/ Ann Ball_ <br> Ann Ball <br> 357 Veterans Memorial Highway <br> Commack, NY 11725 <br> ann.ball@mac.com <br><br> *Attorneys for William R. Shannon, Fred Smith, Carmela Szymanski, and Anthony Tanza* |

SO ORDERED:

_/s/ AK Tomlinson_   6/8/2020
United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF NEW YORK

| | |
|---|---|
| Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Deluci, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R. Lackenbauer, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, John Rossi, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza and Cynthia Torres, <br><br> Plaintiffs, <br><br> -against- <br><br> Garda CL Atlantic, Inc. <br><br> Defendant. | Case No. 16-CV-00641 (JMA)(AKT) |

## **CONSENT TO SUBSTITUTION OF COUNSEL**

I HEREBY CONSENT to the substitution of the Steven J. Moser (The Moser Law Firm, PC) in place of Ann Ball (Law Offices of Ann Ball, PC) as my attorney in the above referenced matter.

Dated: April 29, 2020

_____
Clement Campbell