# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 6/30/2020       TIME: 4:45 AM       TIME IN COURT: 15 min.

CASE:    **D'Aguino et al v. Garda Cl Atlantic, Inc.**
**2:16-cv-00641-JMA-AKT**

**Adkins et al v. Garda CI Atlantic, Inc.**
**1:17-cv-2532-JMA-AKT**

APPEARANCES:    For Plaintiffs: Steven Moser

For Defendant: Lisa Griffith

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set:
  Moving papers served by:
  Response:
  Reply:
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A further telephone status conference is scheduled for   . Counsel for the plaintiff shall initiate the call and contact Chambers at 631-712-5600 when all parties are on the line.
- ☒ Other: Parties shall engage in jurisdictional discovery. Both parties permitted to serve paper discovery requests by 7/14/20. Responses due by 7/30/20. Plaintiff Rossi shall be deposed by 8/14/20.

Briefing schedule:

Plaintiffs to serve motion by 9/14/20.

Defendant to serve opposition by 10/14/20.

Plaintiffs to serve reply and file the fully briefed motion on ECF by 10/28/20.