

Steven J. Moser, Esq.
Phone 631-671-1150
smoser@moseremploymentlaw.com

August 3, 2020

**VIA ECF**

Hon. Joan M. Azrack, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

RE:   *Adkins v. Garda CL Atlantic, Inc.,* 16-cv-00641

Dear Judge Azrack:

    I represent certain plaintiffs in the above captioned matter.  At the status conference on June 30, 2020, the Court directed jurisdictional discovery to be served by July 14, 2020 and responded to by July 30, 2020.

    With the consent of the Defendants, I respectfully request a mutual extension of the date to respond to the jurisdictional discovery requests to August 13, 2020.  The parties also request a 14 day extension of all of the dates set forth in the minute order dated July 1, 2020.

    Respectfully submitted,

*Steven J. Moser*

Steven J. Moser