# CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 5/6/2022  TIME: 12:30 PM  TIME IN COURT: 20 mi
(ATT tele conf.)

CASE: 16-cv-00641 (JMA) (SIL), <u>D'Aguino et al v. Garda Cl Atlantic</u>

APPEARANCES:   For Plaintiff: Steven John Moser (counsel), John Rossi (plaintiff)

   For Defendant: Lisa Marie Griffith

- ☒ Case called.
- ☐ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ Next conference scheduled for
- ☒ Other:

Paper discovery must be completed within 30 days of this status conference.

Mr. Rossi's deposition must be completed within 60 days of this status conference.

If any dispute concerning discovery should arise, the parties must meet and confer prior to filing any letters concerning the dispute with the Court.