

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

November 2, 2022

**VIA ECF**

Hon. Joan M. Azrack, USDJ
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    *D'Aguino v Garda CL Atlantic, Inc,* Case No. 16-CV-00641 (JMA)(SIL)

Dear Judge Azrack:

    I represent various Plaintiffs in the above referenced matter. The parties submit this status report as directed by the Court's order of October 19, 2022. The parties have completed jurisdictional discovery, and submit the following proposed briefing schedule regarding Plaintiff's anticipated motion to dismiss for lack of subject matter jurisdiction:

| | |
|---|---|
| Plaintiffs' Motion | December 9, 2022 |
| Defendant's Opposition | January 16, 2023 |
| Plaintiffs' Reply | January 30, 2023 |

                                    Respectfully submitted,

                                    *Steven J. Moser*

                                    Steven J. Moser

CC:    All counsel of record via ECF