**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

MOSER LAW FIRM, PC

April 14, 2023

**VIA ECF**

Hon. Joan M. Azrack, USDJ
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re: *D'Aguino v Garda CL Atlantic, Inc,* Case No. 16-CV-00641 (JMA)(SIL)

Dear Judge Azrack:

   I represent various Plaintiffs in the above referenced matter. The parties submit the following revised briefing schedule as directed by the Court's order of April 6, 2023.

| | |
|---|---|
| Plaintiffs' Motion | May 15, 2023 |
| Defendant's Opposition | June 15, 2023 |
| Plaintiffs' Reply | June 30, 2023 |

     Respectfully submitted,

     *Steven J. Moser*

     Steven J. Moser

CC: All counsel of record via ECF