

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

May 31, 2023

**VIA ECF**

Hon. Joan M. Azrack, USDJ
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    *D'Aguino v Garda CL Atlantic, Inc,* Case No. 16-CV-00641 (JMA)(SIL)

Dear Judge Azrack:

    I represent various Plaintiffs in the above referenced matter. The most recent briefing schedule called for the Plaintiffs' motion to dismiss to be made on or before May 15, 2023.[1] Unfortunately, due to personal issues, as well as the taking of bereavement leave, I was not able to serve the motion by said date. With the Defendants' consent, I respectfully request that the briefing schedule be amended, *nunc pro tunc* as follows:

| | |
|---|---|
| Plaintiffs' Motion | June 15, 2023 |
| Defendant's Opposition | July 15, 2023 |
| Plaintiffs' Reply | July 30, 2023 |

                                    Respectfully submitted,

                                    *Steven J. Moser*
                                    Steven J. Moser

CC:    All counsel of record via ECF

---

[1] *See* Scheduling Order dated April 17, 2023.