UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JIMMY L. ADKINS, KEREM BAY, LANA BONGIOVI, CLEMENT CAMPBELL, ANGELO CARPOLA, ALEXANDER CIOFFI, PATRICK H. CRAIN, DAVID CRONK, NANCY F. DEBE, DENNIS DELUCI, CHARLES J. ENGEL, MATTHEW FARRELL, BENNY FAILLA, ROBERT J. GIANI, JOHN R. LACKENBAUER, JEAN-PARNELL LOUIS, WILLIAM J. MAHER, MICHAEL G. MCCDOWELL, JOHN ROSSI, WILLIAM R. SHANNON, FRED H. SMITH, GARY E. SOBEK, DAMIAN SOBERS, CARMELA SZYMANSKI, ANTHONY TANZA and CYNTHIA TORRES,

          Plaintiffs,

-against-

GARDA GL ATLANTIC, INC.,

          Defendant

Civil Case No. 2:16-cv-00641

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel on behalf of Defendant Garda GL Atlantic, Inc. in the above-captioned action.  I am admitted to practice in this court, registered for electronic filing with the Eastern District of New York, and request that copies of all papers in this action be served upon the undersigned at the address set forth below.

/s/ *Joseph A. Gusmano*
Joseph A. Gusmano
LITTLER MENDELSON, P.C.
290 Broadhollow Road, Suite 305
Melville, New York 11747
(631) 247-4700
jgusmano@littler.com

*Attorneys for Defendant*
 *Garda CL Atlantic, Inc.*