UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY L. ADKINS, KEREM BAY, LANA BONGIOVI, CLEMENT CAMPBELL, ANGELO CARPOLA, ALEXANDER CIOFFI, PATRICK H. CRAIN, DAVID CRONK, NANCY F. DEBE, DENNIS DELUCI, CHARLES J. ENGEL, MATTHEW FARRELL, BENNY FAILLA, ROBERT J. GIANI, JOHN R. LACKENBAUER, JEAN-PARNELL LOUIS, WILLIAM J. MAHER, MICHAEL G. MCDOWELL, JOHN ROSSI, WILLIAM R. SHANNON, FRED H. SMITH, GARY E. SOBEK, DAMIAN SOBERS, CARMELA SZYMANSKI, ANTHONY TANZA and CYNTHIA TORRES, | Case No. 16-cv-00641 *D'Aguino v. Garda Cl Atlantic., Inc.* |

                                                    Plaintiffs,

                    *-against-*

GARDA CL ATLANTIC, INC.,

                                                    Defendant.

**DECLARATION OF STEVEN J. MOSER IN SUPPORT OF MOTION TO VACATE AND REMAND**

I, Steven J. Moser, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I represent the Plaintiffs Kerem Bay, Lana Bongiovi, Clement Campbell, Alexander Cioffi, Angelo Caropola, Patrick Crain, David L. Cronk, Dennis DeLucie, Charles J. Engel, Benny Failla, Matthew Farrell, Robert Giani, John Lackenbauer, Michael McDowell, William Maher, John Rossi, Gary Sobek, Damian Sobers, and Cynthia Torres in the above referenced action.

2.      I make this declaration in support of Plaintiffs' Motion to Vacate and Remand.

3.      Annexed hereto are true and correct electronic copies of the following documents:

| Description | Exhibit No. |
|---|---|
| *Adkins v. Garda* Complaint, ECF No. 1 (17-cv-2532) | 1 |
| *Adkins v. Garda* Notice of Removal, ECF No. 1-1  (17-cv-2532) | 2 |
| Court's Order dated August 16, 2018, ECF No. 50 | 3 |
| Defendant Garda CL Atlantic Inc.'s Objections and Responses to Plaintiffs' Jurisdictional Requests for Production | 4 |
| Defendant Garda CL Atlantic Inc.'s Objections and Responses to Plaintiffs' Jurisdictional Interrogatories | 5 |

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: Huntington, New York
         June 15, 2023

*Steven John Moser*
Steven John Moser