```
 1  SUPREME COURT OF THE STATE OF NEW YORK
    COUNTY OF QUEENS
 2  ---------------------------------------X
    JIMMY L. ADKINS, KEREM BAY, LANA
 3  BONGIOVI, CLEMENT CAMPBELL, ANGELA
    CAROPOLA, ALEXANDER CIOFFI, PATRICK H.
 4  CRAIN,  DAVID CRONK, NANCY F. DEBE,
    DENNIS DELUCE, CHARLES J. ENGEL,
 5  MATTHEW FARRELL, BENNY FAILLA, ROBERT J.
    GIANI, JOHN J. LACKENBAUER,
 6  JEAN-PARNELL LOUIS, WILLIAM J. MAHER,
    MICHAEL G. MCDOWELL, WILLNER JEAN PIERRE,
 7  JOHN ROSSI, WILLIAM R. SHANNON, FRED H.
    SMITH, GARY E. SOBEK, DAMIAN SOBER,
 8  CARMELA SZYMANSKI, ANTHONY TANZA and
    CYNTHIA TORRES,
 9
10                              Plaintiffs,
11      -against-             Index No. 3124/17
12  GARDA CL ATLANTIC, INC.,
13                              Defendant.
    ---------------------------------------X
14
15       DEPOSITION VIA ZOOM OF JOHN ROSSI
16               June 29, 2022
17
18
19
20
21
22
23  Reported by:
24  SARA FREUND, CSR
25
```

```
 1                      J. ROSSI
 2    that, right?
 3         A.   No, ma'am.  Garda ended in 2015 of
 4    January, I moved to Florida in February.
 5         Q.   But you rented in Florida before
 6    that, correct?
 7         A.   Oh, yes, yes, correct.
 8         Q.   When did you start renting in
 9    Florida?
10         A.   2015.
11         Q.   Did you ever have a residence in
12    Florida before 2015?
13         A.   No, ma'am.
14         Q.   So you never had an apartment before
15    2015 in Florida?
16         A.   No, ma'am.
17         Q.   You never rented a mobile home or
18    any other type of property in Florida prior
19    to 2015?
20         A.   No, ma'am.
21         Q.   In Lake Ronkonkoma did you own or
22    rent?
23         A.   I rented, ma'am.
24         Q.   What type of housing was it?
25         A.   It was actually a house, we had the
```

```
                                              Page 37
 1                    J. ROSSI
 2        Q.   Do you recall the dates that you
 3   worked in that location in Central Islip?
 4        A.   That would be from May 27th of 1979
 5   to the end of January 2015.
 6        Q.   Did there come a time that you
 7   learned that Garda was closing the Central
 8   Islip location?
 9        A.   Yes.  Actually, I think it was a
10   month before they actually closed that
11   terminal.
12        Q.   Who was your supervisor at Garda in
13   2014, 2015?
14        A.   My manager was Ed Gillen.
15        Q.   Did you say Ed Gillen?
16        A.   Edward Gillen.
17        Q.   Did you report directly to him?
18        A.   Yes, ma'am.  He was our manager.
19        Q.   Did you have any other managers that
20   you recall?
21        A.   Yes, but I can't remember his name
22   at moment.
23        Q.   What type of vehicle did you drive
24   as an armed courier?
25        A.   It was actually an armored.  If you
```

Page 38

```
 1                    J. ROSSI
 2   want me to go back to the manager, his name
 3   was Prakash.
 4       Q.  Do you know how to spell that?
 5       A.  P-R-A-K-A-S-H.  I don't remember his
 6   last name, ma'am.
 7       Q.  Okay.  Were you a member of a union
 8   at Garda?
 9       A.  Yes, ma'am.
10       Q.  Did you hold any position with the
11   union?
12       A.  I was actually the vice president.
13       Q.  In that role, were you involved at
14   all in the closing of the location in Central
15   Islip?
16       A.  No.  Not that I -- no.
17       Q.  You said about 30 days prior to the
18   closing you learned that it was going to
19   close; is that fair?
20       A.  Correct, ma'am.
21       Q.  Were you offered a position
22   elsewhere within Garda?
23       A.  Yes, ma'am.
24       Q.  Where were you offered a position?
25       A.  They asked me, because I had so much
```

```
 1                    J. ROSSI
 2   seniority, they said I would be able to pick
 3   anywhere in the state, so I picked West Palm
 4   Beach.
 5        Q.   Did you mean in the country?  You
 6   said you were able to pick anywhere in the
 7   state.
 8        A.   I'm sorry, country, yes.
 9        Q.   Were you transferred to the Long
10   Island city location at any time?
11        A.   Yes, ma'am.
12        Q.   When was that?
13        A.   January 15th.
14        Q.   Did you actually report to work
15   there?
16        A.   Correct, yes.
17        Q.   For how long?
18        A.   I believe it was three weeks.
19        Q.   And then you requested a transfer to
20   West Palm Beach; is that right?
21        A.   Correct, yes, ma'am.
22        Q.   What position did you request
23   transferring to?
24        A.   It would be the same:  armed
25   courier/driver.
```

1    J. ROSSI
2    Q.   Do you know the address of that
3    location in West Palm Beach?
4    A.   No, ma'am, I'm sorry.
5    Q.   And did you actually work in West
6    Palm Beach for Garda?
7    A.   Yes, ma'am.
8    Q.   For how long a period of time?
9    A.   Five months.
10   Q.   Were you certified in firearms at
11   that time?
12   A.   Firearms, no.  I have to get re-
13   certified because it was the State of
14   Florida.
15   Q.   So were you carrying while working
16   in Florida?
17   A.   No, ma'am -- well, when I received
18   my certification, I was.
19   Q.   How long did it take you to get your
20   certification?
21   A.   Two weeks.
22   Q.   What did you do in the meantime,
23   those two weeks -- did you work?
24   A.   I was actually just a driver.
25   Q.   Of what type of vehicle?

```
                                                    Page 61
 1                    J. ROSSI
 2        obligation to produce them, and now Garda
 3        is using them in a deposition.
 4             MS. GRIFFITH:  I'm asking him
 5        questions about the information.
 6             MR. MOSER:  You represented on the
 7        record that his pay stubs said certain
 8        things, so you did use them.
 9             MS. GRIFFITH:  I didn't actually
10        present them.
11        Q.   Mr. Rossi, do you have any pay stubs
12   in your possession from the time that you
13   worked at Garda?
14        A.   No, I don't.  I apologize.
15             MS. GRIFFITH:  So other than the
16        documents and information that I call for
17        the production of, I'm finished with the
18        deposition of Mr. Rossi.
19             MR. MOSER:  I'm going to ask Mr.
20        Rossi a couple of questions.
21   EXAMINATION BY
22   MR. MOSER:
23        Q.   John?
24        A.   Yes.
25        Q.   When did you move to Florida?
```

```
                                                      Page 62
  1                      J. ROSSI
  2        A.   February of 2015.
  3        Q.   Did you give a Florida address to
  4   Garda in 2011?
  5        A.   I don't recall -- no -- I don't
  6   think so.
  7        Q.   Why not?  Why don't you think you
  8   gave Garda a Florida address in 2011?
  9        A.   Because I wasn't living here.
 10        Q.   And what address did you give Garda
 11   before you moved to Florida?
 12        A.   The only one I can remember is where
 13   I'm residing now.
 14        Q.   And when you were living in New York
 15   before you moved to Florida -- are you okay,
 16   John?
 17        A.   Yeah, I'm fine.
 18        Q.   When you were living in New York
 19   before you moved to Florida, what address did
 20   you give Garda?
 21        A.   I believe it was the one in
 22   Ronkonkoma.
 23        Q.   Ms. Griffith has stated that there
 24   are pay stubs from 2011 that show your
 25   Florida address.  Do you know why that is?
```

```
                                                  Page 63
 1                   J. ROSSI
 2        A.   I was still working.
 3        Q.   Okay.  Do you know why there is a
 4   pay stub out there that says that you were
 5   living in Florida in 2011?
 6        A.   No -- I can't recall.
 7        Q.   Were you living in Florida in 2011?
 8        A.   No, 2015.
 9        Q.   Okay.  Did you give Garda a Florida
10   address before 2015?
11        A.   I don't recall.  I mean, when they
12   gave me the transfer.
13        Q.   I'm talking about before the
14   transfer.  I'm talking about when you were
15   living in New York, before they closed the
16   facility --
17        A.   Right.
18        Q.   You were living in New York before
19   they closed the facility, or that you knew
20   that they were going to closing the facility,
21   at that time did you give Garda a Florida
22   address?
23        A.   No, sir.
24        Q.   And after you moved to Florida in
25   February 2015, did you have a residence in
```

```
                                                    Page 64

  1                        J. ROSSI
  2      any other state?
  3           A.   No, I did not.
  4           Q.   And since moving to Florida in
  5      February 2015, have you lived there
  6      continuously?
  7           A.   Yes, sir.
  8           Q.   Once you moved to Florida, did you
  9      intend to move anywhere else?
 10           A.   No, absolutely not, no.
 11           Q.   I have no further questions.
 12                MS. GRIFFITH:  Thank you for your
 13        time today, Mr. Rossi.
 14                THE WITNESS:  Thank you.
 15                (Time noted:  12:08 p.m.)
 16
 17           _____
 18                     JOHN ROSSI
 19      Subscribed and sworn to
 20      before me this         day
 21      of           2022.
 22
 23
 24         Notary Public
 25
```