UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

───────────────────────────────X

JIMMY L. ADKINS, KEREM BAY,
LANA BONGIOVI, CLEMENT CAMPBELL,
ANGELO CARPOLA, ALEXANDER CIOFFI,
PATRICK H. CRAIN, DAVID CRONK,
NANCY F. DEBE, DENNIS DELUCIE,
CHARLES J. ENGEL, MATTHEW FARRELL,
BENNY FAILLA, ROBERT J. GIANI,
JOHN R. LACKENBAUER, JEAN-PARNELL
LOUIS, WILLIAM J. MAHER, MICHAEL G.
MCDOWELL, JOHN ROSSI, WILLIAM R.
SHANNON, FRED H. SMITH, GARY E.
SOBEK, DAMIAN SOBERS, CARMELA
SZYMANSKI, ANTHONY TANZA, and
CYNTHIA TORRES,

                Plaintiffs,

    -against-

GARDA CL ATLANTIC, INC.,

                Defendant.

───────────────────────────────X

FILED
CLERK

4/23/2025 2:03 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

JUGDMENT
16-CV-641(JMA)(SIL)

    A Memorandum and Order of the Honorable Joan M. Azrack, United States District Judge, having been filed on April 22, 2025, severing John Rossi from this action; vacating the August 16, 2018 Memorandum and Order ("August 2018 Order") only as to John Rossi; remanding only John Rossi's claims back to Supreme Court of the State of New York, Queens County; otherwise denying Plaintiffs' Motion to Vacate and Remand; and directing the Clerk of Court to remand John Rossi's claims back to Supreme Court of the State of New York, Queens County and to enter judgment as to the other plaintiffs and to close this case; it is

    **ORDERED AND ADJUDGED** that the Motion to Vacate and Remand is granted in part and denied in part; the August 2018 Order is vacated only as to John Rossi; only John Rossi's claims are remanded back to Supreme Court of the State of New York, Queens County; all other

requested relief is denied; that the claims of Plaintiffs Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Delucie, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R Lackenbaur, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza, and Cynthia Torres are dismissed with prejudice; the Plaintiffs Jimmy L. Adkins, Kerem Bay, Lana Bongiovi, Clement Campbell, Angelo Carpola, Alexander Cioffi, Patrick H. Crain, David Cronk, Nancy F. Debe, Dennis Delucie, Charles J. Engel, Matthew Farrell, Benny Failla, Robert J. Giani, John R Lackenbaur, Jean-Parnell Louis, William J. Maher, Michael G. McDowell, William R. Shannon, Fred H. Smith, Gary E. Sobek, Damian Sobers, Carmela Szymanski, Anthony Tanza, and Cynthia Torres take nothing of Defendant, Garda CL Atlantic, Inc.; and that this case is closed.

Dated: April 23, 2025
      Central Islip, New York

BRENNA B. MAHONEY
CLERK OF COURT

BY:   /S/ HENRY MATUTE
       DEPUTY CLERK